PROB 12C
(7/93)

Report Date: April 9, 2014

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 09 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Wayne R. Mellgren          Case Number: 0980 2:06CR00135-1

Address of Offender: ███████████████████████

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: August 23, 2007

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924 |
| Original Sentence: | Prison 80 months; TSR - 36 months |
| Asst. U.S. Attorney: | Pamela J. Byerly |
| Defense Attorney: | Roger Peven |

Type of Supervision: Supervised Release

Date Supervision Commenced: January 9, 2014

Date Supervision Expires: January 8, 2017

---

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: |
| | On April 3, 2014, Wayne Mellgren was arrested and charged with the offense of city assault. |
| 2 | **Standard Condition # 11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. |
| | **Supporting Evidence**: To date, Mr. Mellgren has failed to report his arrest that occurred on April 3, 2014. |
| 3 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. |

Prob12C
Re: Mellgren, Wayne R
April 9, 2014
Page 2

**Supporting Evidence**: On April 3, 2014, Wayne Mellgren was arrested for the above-noted offense. At the time of his arrest, Mr. Mellgren reported to law enforcement his current address was 603 E. Kiernan, Spokane, Washington. The defendant has reported to the probation office that he has been residing at 1523 N. Smith, Spokane, Washington, since January 9, 2014. To date, he has not reported a change of address to the probation office.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/09/2014

Richard Law

Richard Law
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_Signature of Judicial Officer_

4/9/14
Date