PROB 12C
(7/93)

Report Date: July 7, 2014

# United States District Court

## for the

## Eastern District of Washington

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 07 2014

SEAN F. McAVOY, CLERK
                            DEPUTY
SPOKANE, WASHINGTON**

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Wayne R. Mellgren          Case Number: 0980 2:06CR00135-WFN-1

Address of Offender: Spokane County Jail

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: August 23, 2007

Original Offense:      Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:     Prison 80 months;            Type of Supervision: Supervised Release
                       TSR - 36 months

Asst. U.S. Attorney:   Pamela J. Byerly             Date Supervision Commenced: January 9, 2014

Defense Attorney:      Roger Peven                  Date Supervision Expires: January 8, 2017

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: On July 6, 2014, the director for the Port of Hope Residential Reentry Center advised Mr. Mellgren had absconded from the facility. The Coeur d'Alene Police Department had advised that he had been picked up by a female driver, and after entering the vehicle, proceeded to assault her and attempted to strangle her. Mr. Mellgren then left in her vehicle. The victim called the Coeur d'Alene Police Department and filed a report.

Wayne Mellgren was located on July 6, 2014, in Spokane, Washington, driving the stolen vehicle. He was arrested for Possession of a Stolen Vehicle, in violation of RCW 9A.56.068, a Class B felony. The Coeur d'Alene police indicate they have probable cause for robbery and felony assault domestic violence.

2 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

Prob12C
Re: Mellgren, Wayne R
July 7, 2014
Page 2

**Supporting Evidence**: Mr. Mellgren was residing at the Port of Hope Residential Reentry Center (RRC) as directed by court order in connection to a sanction imposed by the Sobriety Treatment and Education Program (STEP). He was directed to remain there for up to 180 days or until discharged by the Court. Mr. Mellgren absconded from the RRC on July 6, 2014, at 2:30 a.m. He failed to notify the U.S. Probation Office of any change in residence.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/07/2014

s/Matthew L. Thompson

Matthew L. Thompson
Supervising U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

7/7/14
Date